IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, <br><br>       Plaintiff, <br><br>  v. <br><br>PATTERN BRANDS, LLC, <br><br>       Defendant. | LEAD CASE <br> 23cv0018 <br> ELECTRONICALLY FILED |
| BLAIR DOUGLASS, <br><br>       Plaintiff, <br><br>  v. <br><br>NESTLE PURINA PETCARE COMPANY, <br><br>       Defendant. | Member Case <br> 23cv0027 <br> ELECTRONICALLY FILED |
| BLAIR DOUGLASS, <br><br>       Plaintiff, <br><br>  v. <br><br>FARMGIRL FLOWERS INC., <br><br>       Defendant. | Member Case <br> 23cv0029 <br> ELECTRONICALLY FILED |
| BLAIR DOUGLASS, <br><br>       Plaintiff, <br><br>  v. <br><br>JW PEI INC <br><br>       Defendant. | Member Case <br> 23cv0038 <br> ELECTRONICALLY FILED |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | Member Case |
| | 23cv0039 |
| v. | ELECTRONICALLY FILED |
| JOULES USA INC. | |
| Defendant. | |

---

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | Member Case |
| | 23cv0044 |
| v. | ELECTRONICALLY FILED |
| LEON & GEORGE, INC. | |
| Defendant. | |

---

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | Member Case |
| | 23cv0057 |
| v. | ELECTRONICALLY FILED |
| HYDROJUG, INC. | |
| Defendant. | |

---

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | Member Case |
| | 23cv0097 |
| v. | ELECTRONICALLY FILED |
| TRIFECTA NUTRITION, INC. | |
| Defendant. | |

---

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | Member Case |
| | 23cv0105 |
| v. | ELECTRONICALLY FILED |
| LUNYA COMPANY, | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br>LULL VENTURES, LLC<br><br>        Defendant. | Member Case<br>23cv0108<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br>STADIUM ENTERPRISES, LLC<br><br>        Defendant. | Member Case<br>23cv0118<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br>GOZNEY, INC.<br><br>        Defendant. | Member Case<br>23cv0124<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br>BOARDRIDERS, INC.<br><br>        Defendant. | Member Case<br>23cv0134<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br>BIRDDOGS INC.<br><br>        Defendant. | Member Case<br>23cv0135<br>ELECTRONICALLY FILED |

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br>THE VERMONT COUNTRY STORE, INC.<br><br>　　　　Defendant. | Member Case<br>23cv0148<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br>PURITANS PRIDE, INC.<br><br>　　　　Defendant. | Member Case<br>23cv0157<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br>CALLAWAY GOLF COMPANY<br><br>　　　　Defendant. | Member Case<br>23cv0171<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br>ITX USA, LLC<br><br>　　　　Defendant. | Member Case<br>23cv0181<br>ELECTRONICALLY FILED |
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br>FWRD, LLC<br><br>　　　　Defendant. | Member Case<br>23cv0200<br>ELECTRONICALLY FILED |

## **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 23-cv-27; 23-cv-29; 23-cv-38; 23-cv-39; 23-cv-44; 23-cv-57; 23-cv-97; 23-cv-105; 23-cv-108; 23-cv-118; 23-cv-124; 23-cv-134; 23-cv-135; 23-cv-148; 23-cv-157; 23-cv-171; 23-cv-180; 23-cv-181; and 23-cv-200 are hereby consolidated with Civil Action No. **2:23-cv-00018**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. **2:23-cv-00018**.

3. The Clerk of Court shall close Civil Action Nos. 23-cv-27; 23-cv-29; 23-cv-38; 23-cv-39; 23-cv-44; 23-cv-57; 23-cv-97; 23-cv-105; 23-cv-108; 23-cv-118; 23-cv-124; 23-cv-134; 23-cv-135; 23-cv-148; 23-cv-157; 23-cv-171; 23-cv-180; 23-cv-181; and 23-cv-200.

**SO ORDERED** this 9th day of February, 2023.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record